**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-7992**

_____

DANTE LINTON,

                                        Plaintiff - Appellant,

        versus

UNITED STATES MARSHALS SERVICE; DRUG
ENFORCEMENT ADMINISTRATION,

                                        Defendants - Appellees.

_____

**No. 07-6106**

_____

DANTE LINTON,

                                        Plaintiff - Appellant,

        versus

UNITED STATES MARSHALS SERVICE; DRUG
ENFORCEMENT ADMINISTRATION,

                                        Defendants - Appellees.

_____

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:05-cv-02859-RDB)

_____

Submitted:  July 31, 2007          Decided:  August 15, 2007

_____

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Dante Linton, Appellant Pro Se.  Richard Charles Kay, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Dante Linton appeals the district court's orders granting summary judgment in favor of Appellees in this civil action, in which Linton sought the return of certain property and to set aside an administrative forfeiture. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court in its orders and at the hearing held on January 11, 2007. Linton v. U.S. Marshals Serv., No. 1:05-cv-02859-RDB (D. Md. Oct. 24, 2006; filed Jan. 16, 2007 & entered Jan. 18, 2007). We grant Linton's motion to file a supplemental informal brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED